**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LARYIE EARL JONES, #17002587,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 18-00518-JB-B |
| **HUEY HOSS MACK,** *et al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 3, 2019 (Doc. 4) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be **dismissed without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** this 24th day of April, 2019.

                                                **s/JEFFREY U. BEAVERSTOCK**
                                                **UNITED STATES DISTRICT JUDGE**