# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LARYIE EARL JONES, #17002587,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 18-00518-JB-B |
| | * |
| **HUEY HOSS MACK,** *et al.*, | * |
| | * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's complaint be **dismissed without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** this 24th day of April, 2019.

                              **s/JEFFREY U. BEAVERSTOCK**
                              **UNITED STATES DISTRICT JUDGE**